B1 (Official Form 1)(4/10)

# United States Bankruptcy Court
## Southern District of Florida

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| OCI Americas, Inc. | |

| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
|---|---|
| | |

| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
|---|---|
| ▓▓▓▓▓1205 | |

| Street Address of Debtor (No. and Street, City, and State): | Street Address of Joint Debtor (No. and Street, City, and State): |
|---|---|
| 8011 N. W. 68th Street<br>Miami, FL<br>ZIP Code: 33166 | ZIP Code: |

| County of Residence or of the Principal Place of Business: | County of Residence or of the Principal Place of Business: |
|---|---|
| Miami-Dade | |

| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
|---|---|
| ZIP Code: | ZIP Code: |

Location of Principal Assets of Business Debtor (if different from street address above):

### Type of Debtor
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

### Tax-Exempt Entity
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

### Filing Fee (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**THIS SPACE IS FOR COURT USE ONLY**

**Estimated Number of Creditors**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **OCI Americas, Inc.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: - None - | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: - None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)     (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10) Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | OCI Americas, Inc. |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X **/s/ Lynn M. Gollin**
Signature of Attorney for Debtor(s)

**Lynn M. Gollin 621668**
Printed Name of Attorney for Debtor(s)

**Gordon & Rees LLP**
Firm Name

**200 S. Biscayne Blvd.
Suite 4300
Miami, FL 33131**
Address

**(305) 668-4433  Fax: (877) 644-6208**
Telephone Number

**October  3, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Ricardo A. Sidor**
Signature of Authorized Individual

**Ricardo A. Sidor**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**October  3, 2011**
Date

B 1A (Official Form 1, Exhibit A) (9/97)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

# UNITED STATES BANKRUPTCY COURT

In re  **OCI Americas, Inc.**_____,  )   Case No. _____
                     Debtor                      )
                                                 )
                                                 )
                                                 )   Chapter 11

## EXHIBIT "A" TO VOLUNTARY PETITION

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is _____.  **N/A**

2. The following financial data is the latest available information and refers to the debtor's condition on _____.

    a. Total assets                                              $ _____

    b. Total debts (including debts listed in 2.c., below)       $ _____

    c. Debt securities held by more than 500 holders:                                  Approximate number of holders:

        secured ☐   unsecured ☐   subordinated ☐   $ _____   _____
        secured ☐   unsecured ☐   subordinated ☐   $ _____   _____
        secured ☐   unsecured ☐   subordinated ☐   $ _____   _____
        secured ☐   unsecured ☐   subordinated ☐   $ _____   _____
        secured ☐   unsecured ☐   subordinated ☐   $ _____   _____

    d. Number of shares of preferred stock       _____   _____

    e. Number of shares common stock             _____   _____

       Comments, if any:

3. Brief description of debtor's business:

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re  OCI Americas, Inc.
                    Debtor(s)

Case No. _____
Chapter  11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Aetna<br>P. O. Box 44129<br>Jacksonville, FL 32231 | Aetna<br>P. O. Box 44129<br>Jacksonville, FL 32231 | Health insurance | | 1,380.00 |
| Den Braven, BV<br>Denariusstraat 11<br>4903 RC Oosterhout (NB)<br>The Netherlands | Den Braven, BV<br>Denariusstraat 11<br>4903 RC Oosterhout (NB)<br>The Netherlands | Product supplier | | 274,121.21 |
| Galloway Office Supplies<br>10201 N. W. 21st Street<br>Miami, FL 33172 | Galloway Office Supplies<br>10201 N. W. 21st Street<br>Miami, FL 33172 | | | 34.23 |
| Guy Chemical Company, Inc.<br>150 Dominoin Drive<br>Somerset, PA 15501 | Guy Chemical Company, Inc.<br>150 Dominoin Drive<br>Somerset, PA 15501 | Product supplier | | 253,670.40 |
| Kabri Products<br>8070 West 400 South<br>Topeka, IN 46571 | Kabri Products<br>8070 West 400 South<br>Topeka, IN 46571 | Agent/Distributor | | 1,130.31 |
| Mares Alamo Enterprises<br>18404 NW 9th Street<br>Pembroke Pines, FL 33029 | Mares Alamo Enterprises<br>18404 NW 9th Street<br>Pembroke Pines, FL 33029 | Transport service | | 2,000.00 |
| National Hardware Show<br>383 Main Avenue<br>Norwalk, CT 06851 | National Hardware Show<br>383 Main Avenue<br>Norwalk, CT 06851 | Association/Show | | 2,614.00 |
| Rainbow Fine Chemical<br>Rainbow Industrial Park<br>ShangWu Village, ShiYan Town<br>Bao'an District, Shen Zhen<br>Peoples Rep. of CHINA | Rainbow Fine Chemical<br>Rainbow Industrial Park<br>ShangWu Village, ShiYan Town<br>Peoples Rep. of CHINA | Product supplier | | 39,816.83 |
| Red Devil, Inc.<br>1437 S. Boulder<br>Tulsa, OK 74119 | Red Devil, Inc.<br>1437 S. Boulder<br>Tulsa, OK 74119 | Product supplier | | 27,205.44 |

B4 (Official Form 4) (12/07) - Cont.

In re  **OCI Americas, Inc.**  
_____  
Debtor(s)

Case No. _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| SEL DIS TIC VE KIMYA SANAYI A.S. Fevzi Pasa Mah. E-5 Karayolu Uzeri 34570 Sel Binasi Degirmenkoy/Silivri Istanbul, TURKEY | SEL DIS TIC VE KIMYA SANAYI A.S. Fevzi Pasa Mah. E-5 Karayolu Uzeri 34570 Sel Binasi Istanbul, TURKEY | Product supplier | | 575.00 |
| Shenzhen Superoci Inc. Ltd. Room 501, Jin Man Tang Building Liu Tang Rd., Xixiang, BaoAn Shenzhen, CHINA | Shenzhen Superoci Inc. Ltd. Room 501, Jin Man Tang Building Liu Tang Rd., Xixiang, BaoAn Shenzhen, CHINA | Product supplier | | 29,644.15 |
| Solstice Benefits P. O. Box 19199 Plantation, FL 33318 | Solstice Benefits P. O. Box 19199 Plantation, FL 33318 | Health insurance | | 49.38 |
| Talieson Advisory Corp. 9655 S. Dixie Highway, Suite 101 Pinecrest, FL 33156 | Talieson Advisory Corp. 9655 S. Dixie Highway, Suite 101 Pinecrest, FL 33156 | Accounting service | | 300.00 |
| Uhthoff, Gomez Vega & Uhthoff, S.C. Hamburgo 260 Col. Juarez C.P. 06600 D. F. MEXICO | Uhthoff, Gomez Vega & Uhthoff, S.C. Hamburgo 260 Col. Juarez C.P. 06600 D. F. MEXICO | Legal - Trademark - Mexico | | 1,438.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  **OCI Americas, Inc.**                                             Case No. _____
                           Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **October 3, 2011**                          Signature  **/s/ Ricardo A. Sidor**
                                                              **Ricardo A. Sidor**
                                                              **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### Southern District of Florida

In re   **OCI Americas, Inc.**  
                                     Debtor,

Case No. _____

Chapter _____ 11 _____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |

**None**

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **October 3, 2011**                             Signature  **/s/ Ricardo A. Sidor**  
                                                                 **Ricardo A. Sidor**  
                                                                 **President**

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

__0__  continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## Southern District of Florida

In re: **OCI Americas, Inc.**
Debtor(s)

Case No. _____
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **OCI Americas, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

October 3, 2011
Date

/s/ Lynn M. Gollin
Lynn M. Gollin 621668
Signature of Attorney or Litigant
Counsel for **OCI Americas, Inc.**
Gordon & Rees LLP
200 S. Biscayne Blvd.
Suite 4300
Miami, FL 33131
(305) 668-4433 Fax:(877) 644-6208

## United States Bankruptcy Court
### Southern District of Florida

In re   **OCI Americas, Inc.**                                      Case No. _____
                                   Debtor(s)                        Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept                                   $   See attached Continuation Page
   Prior to the filing of this statement I have received                         $   See attached Continuation Page
   Balance Due                                                                   $   See attached Continuation Page

2. The source of the compensation paid to me was:

   ■ Debtor       ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor       ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  October 3, 2011                        /s/ Lynn M. Gollin
                                               Lynn M. Gollin 621668
                                               Gordon & Rees LLP
                                               200 S. Biscayne Blvd.
                                               Suite 4300
                                               Miami, FL 33131
                                               (305) 668-4433  Fax: (877) 644-6208

---

**CONTINUATION PAGE FOR
DISCLOSURE OF COMPENSATION OF
ATTORNEY FOR DEBTOR TO RULE 2016(b)**

Pursuant to 11 U.S.C. §329 and Rule 2016(b), Federal Rules of Bankruptcy Procedure, Gordon & Rees LLP ("Gordon & Rees"), the attorneys for OCI Americas, Inc. (the "Debtor") in this case, make this statement setting forth the compensation agreed to be paid to counsel for services rendered, or to be rendered by the undersigned in contemplation of, and in connection with this case and the source of such compensation:

1. Prior to the filing of this case, Gordon & Rees received the sum of $46,039.00 from the Debtor for deposit into accounts owned and controlled by Gordon & Rees.

2. The retainer paid by the Debtor is for expenses incurred, or to be incurred and legal services rendered, or to be rendered in connection with this case. The services to be rendered by Gordon & Rees include the following:

    a. To give the Debtor legal advice regarding its duties as debtor in possession;

    b. To file notices of stay with respect to suits against the Debtor which affect property of the estate;

    c. To represent the Debtor in all administrative, uncontested, and contested matters and adversary proceedings;

    d. To prepare all necessary petitions, answers, orders, reports, schedules, statements of financial affairs, and other pleadings and legal papers;

    e. To assist the Debtor in formulating and proposing a plan of reorganization and in obtaining confirmation of its plan; and

    f. To perform all other legal services to the Debtor, as a debtor in possession, which are appropriate in this case.

3. The Debtor has agreed to pay for all services rendered or to be rendered in connection with this case based upon an hourly fee arrangement, subject to determination by the Court, upon proper application by the Debtor's counsel. Fees are calculated on a time basis at the following hourly rates, which are within the following ranges:

| | |
|---|---|
| Senior Partners | $415.00 |
| Partners | $390.00 |
| Associates | $225.00 to $275.00 |
| Paralegal/Law Clerk | $185.00 |

4. The Debtor has agreed to pay for all out-of-pocket costs advanced on the Debtor's behalf or incurred in rendering legal services on the Debtor's behalf, subject to determination and approval by the Court upon proper application by the Debtor's counsel.

5. The source of the sums paid by the Debtor to Gordon & Rees is the Debtor's funds.

6. The source of any additional sums to be paid will be the Debtor's funds or an alternative source approved by the Court.

7. The undersigned has not shared or agreed to share any portion of its compensation from the Debtor with any other person who is not a partner or regular associate of Gordon & Rees.

8. Gordon & Rees has not received any other payment in this case and has no other agreement except as set forth herein.

/s/ Lynn Maynard Gollin  
Gordon & Rees LLP  
Attorney for the Debtor

MGT/8011116/10853052v.1

# United States Bankruptcy Court
## Southern District of Florida

In re  OCI Americas, Inc.

Debtor(s)

Case No. _____

Chapter  11

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  October 3, 2011

/s/ Ricardo A. Sidor
**Ricardo A. Sidor/President**
Signer/Title

A1 Transport Service, Inc.
290 S. W. 159 Terrace
Sunrise, FL 33326


AAIA
7101 Wisconsin Avenue, Suite 1300
Bethesda, MD 20814


AAPEX
c/o William T. Glasgow, Inc.
10729 W. 163rd Place
Orland Park, IL 60467


Aetna
P. O. Box 44129
Jacksonville, FL 32231


Alan S. Fine, P.A.
255 Alhambra Circle, Suite 850
Coral Gables, FL 33134


AT&T
P. O. Box 105262
Atlanta, GA 30348


Bart Development
8400 N. W. 66th Street
Miami, FL 33166


Chemtrec
1300 Wilson Blvd.
Arlington, VA 22209

```
Den Braven, BV
Denariusstraat 11
4903 RC Oosterhout (NB)
The Netherlands


Echo Global Logistics Inc.
22168 Network Place
Chicago, IL 60673


Efreightsolutions, LLC
P. O. Box 3710
Grapevine, TX 76099


Fischbach USA,
900 Peterson Drive
Elizabethtown, KY 42701


Florida Department of State
500 South Bronough Street
Tallahassee, FL 32399


Florida Division of Corporations
2661 Executive Center Circle
Tallahassee, FL 32301


Florida Power & Light Company
P. O. Box 025576
Miami, FL 33102


Galloway Office Supplies
10201 N. W. 21st Street
Miami, FL 33172
```

```
Global Alliance Logistics
1525 NW 82nd Avenue
Miami, FL 33126



Guy Chemical Company, Inc.
150 Dominoin Drive
Somerset, PA 15501



Harry D. Polatsek, P.A.
500 W. Cypress Creek Road, Suite 600
Fort Lauderdale, FL 33309



Internal Revenue Service
Special Procedures - Insolvency
7850 S. W. 6 Court
Plantation, FL 33324



Intuit
2632 Marine Way
Mountain View, CA 94043



Kabri Products
8070 West 400 South
Topeka, IN 46571



Mares Alamo Enterprises
18404 NW 9th Street
Pembroke Pines, FL 33029



Miami-Dade County Tax Collector
Attn: Melinda S. Thornton, Esq.
111 NW 1st Street, Suite 2810
Miami, FL 33128
```

```
Miami-Dade County Tax Collector
140 W. Flagler Street, Suite 1407
Miami, FL 33130



National Hardware Show
383 Main Avenue
Norwalk, CT 06851



QuickBooks Payroll Service
2632 Marine Way
Mountain View, CA 94043



Rackspace
5000 Walzem Road
San Antonio, TX 78218



Rainbow Fine Chemical
Rainbow Industrial Park
ShangWu Village, ShiYan Town
Bao'an District, Shen Zhen
Peoples Rep. of CHINA


Red Devil, Inc.
1437 S. Boulder
Tulsa, OK 74119



Seabay Logistics Limited
Unit 3108-3113 CIQ Tower
South Wenjin Road
Shenzhen, CHINA



Security & Fire Systems, Inc.
13016 SW 128th Street
Miami, FL 33186
```

```
SEL DIS TIC VE KIMYA SANAYI A.S.
Fevzi Pasa Mah. E-5
Karayolu Uzeri 34570 Sel Binasi
Degirmenkoy/Silivri
Istanbul, TURKEY


Shenzhen Superoci Inc. Ltd.
Room 501, Jin Man Tang Building
Liu Tang Rd., Xixiang, BaoAn
Shenzhen, CHINA


Solstice Benefits
P. O. Box 19199
Plantation, FL 33318


Special Asst.U. S. Attorney
IRS District Counsel
51 S. W. 1st Avenue, Suite 1114
Miami, FL 33130


State of Florida
Department of Revenue
Bankruptcy Section
P. O. Box 6668
Tallahassee, FL 32314-6668


State of Florida
Dept. of Labor & Employment
Attn: Michael Metz, Esq.
Caldwell Building
Tallahassee, FL 32399


Talieson Advisory Corp.
9655 S. Dixie Highway, Suite 101
Pinecrest, FL 33156


TNT USA Inc.
68 South Service Road, Suite 340
Melville, NY 11747
```

```
U. S. Attorney
Southern District of Florida
99 4th Street
Miami, FL 33132-2111


U. S. Citizenship & Immigration Services
111 Massachusetts Ave., N.W.
Washington, DC 20529


Uhthoff, Gomez Vega & Uhthoff, S.C.
Hamburgo 260
Col. Juarez C.P. 06600
D. F. MEXICO


United States Treasury
1500 Pennsylvania Avenue, NW
Washington, DC 20220


UPS
P. O. Box 650580
Dallas, TX 75265


Vivian Quintero C.H.B.
1970 NW 70th Avenue
Miami, FL 33126
```